HALVOR MOOLENAAR, Appellee

v.

FELIX LA MOTHE, Appellant

No. 13,545

United States Court of Appeals

Third Circuit

Argued January 30, 1962

Decided February 13, 1962

*See also, 298 F.2d 443*

JAMES A. RICHARDS, JR., ESQ., Charlotte Amalie, St. Thomas, Virgin Islands, *for appellant*

EVERETT B. BIRCH, ESQ., Charlotte Amalie, St. Thomas, Virgin Islands, *for appellee*

Before WOODBURY*, GANEY and SMITH, *Circuit Judges*

PER CURIAM

Upon review of the record we find no error. The judgment of the District Court is affirmed.